PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla. 2011); Coppola v. State, 938 So.2d 507 (Fla. 2006); State v. Williams, 667 So.2d 191 (Fla. 1996); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Vidak v. State, 793 So.2d 27 (Fla. 2d DCA 2001); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013).
NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.